UNITED STATES DISTRICT COURT                     c
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CLAY RIGGS,                         CASE NO. 1:16-CV-01134; SEC. P
Plaintiff

VERSUS                             CHIEF JUDGE DRELL

POLICE DEPARTMENT WINN             MAGISTRATE JUDGE PEREZ-MONTES
PARISH, ET AL.,
Defendants

---

## MEMORANDUM ORDER

Before the Court is Plaintiff's Motion for Judgment by Default. (Doc. 19). Plaintiff moves this Court for the entry of default judgment against Defendants on the grounds that Defendants have not responded to his "Affidavit of Denial of Corporate Existence."

"Default judgments are a drastic remedy, not favored by the Federal Rules and resorted to by courts only in extreme situations. . . . [T]hey are 'available only when the adversary process has been halted because of an essentially unresponsive party.'" Sun Bank of Ocala v. Pelican Homestead & Savings Ass'n, 874 F.2d 274, 276 (5th Cir. 1989).

This case is undergoing initial review. Plaintiff was ordered to amend his Complaint. (Doc. 20). Defendants have not been served, nor has service been authorized at this time. Therefore, entry of default judgment is not appropriate in this case.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Judgment by Default (Doc. 19) is **DENIED**.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this ___10th___ day of November, 2016.

Joseph H.L. Perez-Montes
United States Magistrate Judge