RECEIVED
MAR 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLAY RIGGS,<br>Plaintiff | CIVIL ACTION NO. 1:16-CV-1134-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| Winn Parish Police Department,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41.3 of the Local Rules for the Western District of Louisiana.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 15th day of March, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE